Appeal from Circuit Court, Taylor County; M. F. Horne, Judge.

Decree affirmed.

*W. T. Hendry,* for Appellants;

*Davis & Diamond,* for Appellees.

---

Manatee County, Florida; George W. Blackburn, Chairman; M. G. Rushton, R. F. Willis, H. F. Tabor and J. T. Kersey, Members of the Board of County Commissioners of Manatee County, Florida, Plaintiffs in Error, v. H. V. Whitaker and Theodore W. Redd, Defendants in Error.

Filed April 25, 1916.

Writ of Error to Circuit Court, Manatee County; F. A. Whitney, Judge.

Judgment affirmed.

*Charles T. Curry,* for Plaintiffs in Error;

*O. T. Stanford* and *J. F. Burket,* for Defendants in Error.

---

William Prince Moore, Mary Ella Moore, Julia Bentley Moore Tenny, and her husband Robert B. Tenny, Appellants, v. Frances Goode Moore and George B. Lamar, Appellees.

Filed April 25, 1916.

Appeal from Circuit Court, St. Lucie County; James W. Perkins, Judge.

Decrees affirmed.

*F. W. Butler,* for Appellants;

*Fred Fee, A. D. Penney,* and *F. L. Hemmings,* for Appellees.

---

J. M. Thomas, as Trustee in Bankruptcy, for the Estate of E. P. Rentz, Bankrupt, Appellant, v. Harvey Granger and Charles E. Lewis, Co-partners, doing business under the name and style of Granger & Lewis, Appellees.

Filed April 25, 1916.

Appeal from Circuit Court, Marion County; W. S. Bullock, Judge.

Decree affirmed.

*Hocker & Martin* and *H. M. Hampton,* for Appellant;

*P. H. Odom* and *Reynolds & Rogers,* for Appellees.